IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATHAN SMITH, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. H-12-469 |
| THE STATE OF TEXAS, et al., | § § § |
| Defendants. | § |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation entered on February 6, 2013,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 22nd day of February, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.